UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN JASON CHANAGUANO CAIZA <br>     Petitioner <br><br> v. <br><br> RODNEY S SCOTT, et al. <br><br>     Respondents | ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 1:25-cv-00500-JAW <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order on Motion for Preliminary Injunction entered by U.S. District Judge John A. Woodcock, Jr. on October 28, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Joanne McCue
      Deputy Clerk

Dated: October 29, 2025